**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                **:**   **CHAPTER 13**
LEROY CLARENCE HOUSE, JR     **:**
                                  **:**   **CASE NO.:** 1:24-bk-01781-HWV

## <u>NOTICE OF ADDRESS CHANGE</u>

TO: BANKRUPTCY COURT, MIDDLE DISTRICT OF PENNSYLVANIA

      Kindly change the address of the listed debtor to –

CORRECTED ADDRESS:            FORMER ADDRESS:

Leroy Clarence House, Jr.           ~~Leroy Clarence House, Jr.~~
71 Lexton Drive                   ~~71 Lexington Drive~~
York, PA 17404                  ~~York, PA 17404~~


                                JACOBSON, JULIUS & HARSHBERGER

Date: August 12, 2024          By: <u>/s/Chad J. Julius</u>
                                Attorney for Debtor
                                ID No. 209496
                                8150 Derry Street
                                Harrisburg, PA 17111
                                717-909-5858