UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :       Chapter 13
                                    :
LEROY CLARENCE HOUSE, JR.,          :       No. 1:24-bk-01781-HWV
                Debtor              :

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
<u>NOTICES, AND INCLUSION ON NOTICE LIST</u>**

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE enter the appearance of Matthew G. Brushwood, Esquire on behalf of Lexington Woods Condominium Owners Association.

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtor, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans

12101692.1

of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

> Lexington Woods Condominium Owners Association
> ATTN: Matthew G. Brushwood, Esquire
> Barley Snyder
> 2755 Century Boulevard
> Wyomissing, PA 19610
> Telephone No.: 610.372.3500
> Telecopier No.: 610.376.5243
> Email: mbrushwood@barley.com

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

          BARLEY SNYDER

DATED: August 27, 2024      By: */s/ Matthew G. Brushwood, Esquire*
          Matthew G. Brushwood, Esquire
          Court I.D. 310592
          Barley Snyder
          2755 Century Boulevard
          Wyomissing, PA 19610
          610.372.3500

I hereby certify that copies of this Entry of Appearance were served August 27, 2024 by **ECF notice** (**electronically**) upon:

**Debtor's Counsel:**
Chad J. Julius, Esquire
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111

**Asst. U.S. Trustee:**
United States Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

**Trustee:**
Jack N. Zaharopoulos, Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Service was also made by depositing same in the United States First Class Mail, postage prepaid, upon:

**Debtor:**
Leroy Clarence House, Jr.
71 Lexton Drive
York, PA 17404

3
12101692.1

Case 1:24-bk-01781-HWV    Doc 14    Filed 08/27/24    Entered 08/27/24 15:07:30    Desc
Main Document    Page 3 of 3