In re:                                                                                          Case No. 24-01781-HWV

Leroy Clarence House, Jr                                                          Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: ntcnfhrg | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leroy Clarence House, Jr, 71 Lexton Drive, York, PA 17404-9437 |
| cr | + | Lexington Woods Condominium Owners Association, ATTN: Matthew G. Brushwood, Esquire, Barley Snyder, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 5631683 | + | Comenity/onestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5631694 | + | LEXINGTON WOODS CONDOMINIUM OWNERS, ASSOCIATION, 360 LOUCKS RD, York, PA 17404-1723 |
| 5631697 | + | Matthew Brushwwood, Barley Snyder, 2755 Century Boulevard, Reading, PA 19610-3346 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5631679 | + | Email/Text: bankruptcy@rentacenter.com | Aug 29 2024 18:53:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5631680 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 19:12:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5646242 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 19:13:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5631682 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2024 18:53:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5631684 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2024 18:53:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5631685 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 29 2024 18:53:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5631686 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 29 2024 18:52:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5631687 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2024 19:02:25 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5631688 | | Email/Text: operationsclerk@easypayfinance.com | Aug 29 2024 18:52:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 5631689 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 29 2024 18:53:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5631690 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 29 2024 18:53:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 5631691 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2024 18:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5631692 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2024 18:53:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5634009 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:01:26 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Type | Time Sent | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5631695 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:01:27 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5631696 | | Email/Text: camanagement@mtb.com | Aug 29 2024 18:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5644944 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:02:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5631698 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:02:23 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5631699 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 29 2024 18:53:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5631700 | + | Email/PDF: cbp@omf.com | Aug 29 2024 19:01:28 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5631702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 19:02:02 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5645151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 19:12:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5631703 | + | Email/Text: bankruptcy@sccompanies.com | Aug 29 2024 18:54:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5631704 | + | Email/Text: famc-bk@1stassociates.com | Aug 29 2024 18:53:00 | Total Visa, Attn: Bankruptcy, Po Box 84930, Sioux Falls,, SD 57118-4930 |
| 5632316 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 29 2024 19:01:22 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5631681 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5631693 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5631701 | *+ | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 1 Leroy Clarence House  Jr cjulius@ljacobsonlaw.com, egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew G. Brushwood | on behalf of Creditor Lexington Woods Condominium Owners Association mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leroy Clarence House Jr,          Chapter     13

**Debtor 1**

         Case No.     1:24−bk−01781−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 2, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 9, 2024 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2024 |

ntcnfhrg (08/21)