| | |
|---|---|
| In re: | Case No. 24-01781-HWV |
| Leroy Clarence House, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 06, 2025 | Form ID: ordsmiss | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leroy Clarence House, Jr, 71 Lexton Drive, York, PA 17404-9437 |
| cr | + | Lexington Woods Condominium Owners Association, ATTN: Matthew G. Brushwood, Esquire, Barley Snyder, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 5631694 | + | LEXINGTON WOODS CONDOMINIUM OWNERS, ASSOCIATION, 360 LOUCKS RD, York, PA 17404-1723 |
| 5654407 | + | Lexington Woods Condominium Owners Association, Barley Snyder LLP, c/o Matthew Brushwood, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 5631697 | + | Matthew Brushwwood, Barley Snyder, 2755 Century Boulevard, Reading, PA 19610-3346 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5631679 | + | Email/Text: bankruptcy@rentacenter.com | Mar 06 2025 18:44:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5631680 | + | EDI: CAPITALONE.COM | Mar 06 2025 23:42:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5631680 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 18:53:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5646242 | | EDI: CAPITALONE.COM | Mar 06 2025 23:42:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5646242 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 18:53:55 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5631682 | + | EDI: WFNNB.COM | Mar 06 2025 23:42:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5631683 | + | EDI: WFNNB.COM | Mar 06 2025 23:42:00 | Comenity/onestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5631684 | + | EDI: WFNNB.COM | Mar 06 2025 23:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5631685 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 06 2025 18:44:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5631686 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 06 2025 18:44:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5631687 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2025 18:53:30 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5631688 | | Email/Text: operationsclerk@easypayfinance.com | Mar 06 2025 18:44:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 5631689 | + | EDI: BLUESTEM | Mar 06 2025 23:42:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5631690 | + | EDI: PHINAMERI.COM | Mar 06 2025 23:42:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 5631691 | + | EDI: IRS.COM | Mar 06 2025 23:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5648925 | | EDI: JEFFERSONCAP.COM | Mar 06 2025 23:42:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5631692 | + | EDI: JEFFERSONCAP.COM | Mar 06 2025 23:42:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5634009 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 18:52:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5654970 | ^ | MEBN | Mar 06 2025 18:39:27 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5631695 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 18:53:30 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5631696 | | Email/Text: camanagement@mtb.com | Mar 06 2025 18:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5644944 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 06 2025 18:52:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5631698 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 06 2025 18:52:46 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5653319 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2025 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5631699 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2025 18:44:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5631700 | + | EDI: AGFINANCE.COM | Mar 06 2025 23:42:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5631702 | | EDI: PRA.COM | Mar 06 2025 23:42:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5645151 | | EDI: PRA.COM | Mar 06 2025 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5631703 | + | EDI: CBS7AVE | Mar 06 2025 23:42:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5657404 | | Email/Text: bankruptcy@tfifinance.com | Mar 06 2025 18:44:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075-1407 |
| 5631704 | + | EDI: TCISOLUTIONS.COM | Mar 06 2025 23:42:00 | Total Visa, Attn: Bankruptcy, Po Box 84930, Sioux Falls,, SD 57118-4930 |
| 5632316 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 06 2025 18:52:54 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5631681 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5631693 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5631701 | *+ | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 1 Leroy Clarence House Jr cjulius@ljacobsonlaw.com, egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew G. Brushwood | on behalf of Creditor Lexington Woods Condominium Owners Association mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leroy Clarence House Jr,              Chapter     13

**Debtor 1**

Case No.     1:24−bk−01781−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 6, 2025

ordsmiss (05/18)